OROZIMBO, The (MITCHELL v.). See Case No. 9,667.

ORPHAN BOY, The (MERCANTILE INS. CO. v.). See Case No. 9,431.

ORPHEUS, The (LEWIS v.). See Case No. 8,330.

ORPHEUS, The (YOUNG v.). See Case No. 18,169.

## Case No. 10,586.

### ORR v. The ACHSAH.

District Court, E. D. Pennsylvania. Dec. 17, 1849.

ADMIRALTY JURISDICTION—FOREIGN VESSEL—CONSULAR PROTESTS—DISCHARGE OF SEAMEN.

1. Where the voyage of a foreign vessel is broken up, and the seamen are discharged in an American port, the district court will entertain jurisdiction of a libel in rem for their wages.

2. The protest of a foreign consul will not prevent the district court from taking jurisdiction of the case.

[Cited in McAfee v. The Creole, Case No. 8,655.]

[Decided by KANE, District Judge. An opinion was filed December 17, 1849, but it is not now accessible at the clerk's office. The above statement of the points determined was taken from 1 Brightly, Fed. Dig. 14,166.]